UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERT RENE, JR. P.E.,**

**Plaintiffs,**

**v.** **Case No. 6:26-cv-553-CEM-DCI**

**A&M ENGINEERING AND ENVIRONMENTAL SERVICES, INC.,**

**Defendant.**

_________________________________/

**ORDER**

THIS CAUSE is before the Court on Defendant's Partial Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion," Doc. 30). The United States Magistrate Judge issued a Report and Recommendation (Doc. 32), recommending that Plaintiff's Second Amended Complaint (Doc. 23) be dismissed with leave to amend and the Motion be denied without prejudice as moot.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 32) is **ADOPTED** and made a part of this Order.
2. Plaintiff's Second Amended Complaint (Doc. 23) is **DISMISSED without prejudice**.
3. **On or before September 14, 2026**, Plaintiff may file a third amended complaint that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.
4. Defendant's Partial Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 30) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on August 24, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party